TRIVETTE v. N.C. BAPTIST HOSP., INC.

No. 448A98

Case below: 131 N.C.App. 73

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the court of appeals allowed 3 December 1998. Justice Wynn recused.

TYSON v. DUKE UNIVERSITY

No. 340P98

Case below: 130 N.C.App. 153

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.

UNION CENTRAL LIFE INS. CO. v. SENTER-SANDERS TRACTOR CORP.

No. 457P98

Case below: 130 N.C.App. 758

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.

UNITED TEACHER ASSOC. INS. CO. v. MacKEEN & BAILEY, INC.

No. 439P98

Case below: 130 N.C.App. 759

Petition by defendants (MacKeen & Bailey and W. Duncan MacKeen) for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.